# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**JONATHAN L. LANDAU**

Case Number: 6:00-CR-97-ORL-19UAM

USM Number: 24152-018

Michelle P. Smith, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three and Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Positive urinalysis for cocaine | April 24, 2007 |
| Two | Positive urinalysis for cocaine | January 4, 2007 |
| Three | Failure to answer truthfully, in violation of Condition 3 of the Standard Conditions of Supervision | September 13, 2007 |
| Four | Failure to submit to a urine test | September 21, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The defendant has not violated condition Five and is discharged as to such violation condition.**

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/23/2007

PATRICIA C. FAWSETT
CHIEF UNITED STATES DISTRICT JUDGE

October 23, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

JONATHAN L. LANDAU  
6:00-CR-97-ORL-19UAM

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months**. The Court recommends to the Bureau of Prisons:

**It is requested but not required that the Defendant participate in a drug treatment program.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on Friday, November 30, 2007.**

Upon successful completion of incarceration, defendant is released from further jurisdiction of this Court.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case